UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| AMY JERRINE MISCHLER | ) | |
| | ) | |
| Plaintiff, | ) | Civil No: 13-26-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| SUSAN STOKELY CLARY | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On January 28, 2013, Plaintiff Amy Mischler filed a claim against various defendants in United States Federal District Court in the Southern Division at Pikeville, alleging she had been denied fair and impartial access to the court system. *Mischler v. Stevens, et al.*, 7:13-cv-08. Several months later, Mischler initiated another action in this Court, claiming that the Kentucky Supreme Court Clerk had also denied her access to the courts. [R. 1]. In her petition to the Sixth Circuit Court of Appeals for Writ of Mandamus, Mischler stated that she, "filed a separate action BECAUSE there was, and is no ruling on her emergency motion in 07:13-CV-8 related to Defendant Clary's conduct." *In re: Amy Mischler*, Case No. 12-5801 at 3.

Pursuant to Local Rule 40.1, "A case may be reassigned to another judge within the district upon the Court's own motion, in the interests of justice, for reasons stated in an order of reassignment." The same rule makes provision for reassignment of a related

case upon the motion of the a party "if a substantial savings of judicial time and resources would result if they were handled by the same Judge." LR 40.1(b).

Both of Mischler's cases proceeding in this district concern allegations of restricted access to the Kentucky state court system. Mischler's Pikeville's action was filed well before the Frankfort case and the litigation has progressed much further, including rulings on her motions to proceed in forma pauperis and for emergency relief. As a result, it is in the interests of justice for Michler's claim against the Kentucky Supreme Court Clerk to be reassigned to Judge Amul Thapar, before whom the earlier related claims are pending. Importantly, that in no way impedes Mischler's ability to pursue her claim. Instead, the reassignment promotes consistency of judgments, conserves judicial time and resources, and most likely promotes a swifter resolution of Mischler's claim against the Kentucky Supreme Court Clerk.

Accordingly, it is hereby **ORDERED** that all further proceedings in the matter of *Amy Jerrine Mischler v. Susan Stokley Clary*, 3:13-cv-26, are reassigned to United States District Judge Amul Thapar.

This 8th day of August, 2013.



Signed By:

*Gregory F. Van Tatenhove*

United States District Judge