RECEIVED

MAR 29 2010

CLERK
SUPREME COURT

COMMONWEALTH OF KENTUCKY
SUPREME COURT

AMY JERRINE MISCHLER                                              PETITIONER

VS.            COURT OF APPEALS NO. 2009-CA-001609-ME
       PIKE CIRCUIT COURT 01-CI-01197, 02-D-00202001,
              02-D-00202002, AND 02-D-00202003

SENIOR JUDGE LEWIS NICHOLLS,
FORMER JUDGE JULIE PAXTON,
SENIOR JUSTICE JOSEPH LAMBERT,
JUDGE JAMES LAMBERT,
COURT OF APPEALS CLERK SAM GIVENS
CHIEF JUDGE SARA COMBS                                            RESPONDENTS
JONAH LEE STEVENS [Real party in interest]

************************************************************************

MOTION TO PROCEED IN FORMA PAUPERIS
NOTICE THAT THERE IS NO OTHER AVAILABLE REDRESS FOR THE PETITIONER

************************************************************************

Comes now the Petitioner who files this motion to proceed in forma pauperis. Attached herein accordance to the civil rules of procedure 5.05 is an affidavit. Exhibit 1  The Petitioner requests that this motion to proceed in forma pauperis be granted to move this Writ forward.

Further, the Petitioner notices the Court that there are no criminal remedies available for her of the crimes committed against her implicit in the multiple frauds upon the Court, the subject of this Writ. Not only has she been retaliated against by the Courts denying her all rights to her children for the past year; she was maliciously prosecuted on a single felony charge for one year, which the Pike Grand Jury refused to indict.

After the Affidavit, this Highest Court of Kentucky will see a letter by the Kentucky Attorney Generals Office dated June 9, 2006. The Attorney General is both the chief law officer

61/91       13-CV-26
                 Exhibit 2

and chief law enforcement officer of the Commonwealth of Kentucky. In that letter, this Court will read that the Attorney Generals waived jurisdiction over all crimes committed against the Petitioner. This Court will also read how the Attorney Generals promised to assist the Pike County Attorney "*in any way*".[1] Exhibit 2 [Labeled Exhibit 14]

Upon receipt that the Attorney Generals would assist Jonah Stevens and Pike County Attorney Howard Keith Hall "in any way"; Jonah Stevens, an officer of the Court proceeded to go the Kentucky State Police and made allegations that the Petitioner had committed a crime on June 9, 2006. Exhibit 3.

KSP opened an investigation of June 9, 2006 as evidenced in Exhibit 3 by the incident number 09/06-1427 being reported by Jonah Stevens heading stating a crime had been committed from 6/9/2006 to 06/11/200.: Pike County Attorney Howard Keith Hall then had it office type up an arrest warrant on June 12, 2006. Exhibit 5 [Labeled Exhibit 20]. The alleged crime the Petitioner was investigated for on June 9, 2006 was alleged to occur in Pike County on June 11, 2006. However, Hall intentionally left off the name of the church in that one sentence arrest warrant, which would have identified that the alleged crime was outside of Hall's and Pike County jurisdiction and allegedly occurred at Boldman Freewill Baptist Church in Floyd County Kentucky. Exhibit 6 [Labeled Exhibit 21].

Falsifying police reports, falsifying arrest warrants, and engaging in a retaliation criminal prosecution for reporting criminal acts by Pike/Floyd officials to the Attorney General are all criminal in nature. The Attorney General, as chief law enforcement officer and chief law officer, in addition to being top Commonwealth Prosecutor has a duty uphold the laws of this Commonwealth and protect *all citizens* by prosecuting all serious crimes such as outlined herein.

---

[1] The Petitioner reported what crimes at that point that she knew had been committed against involving the Pike County Attorney in the 01-C-01197. She had already been convicted of domestic violence by Paxton for marching in public with a sign; later vacated.

b2\9\

However, as stated; the Kentucky Attorney Generals has waived jurisdiction of all matters involving the Petitioner. The motivation of this waiver of jurisdiction is that criminal acts were by individuals who had close professional relationships, were campaign contributors, or close political allies of then Attorney General Greg Stumbo. The new Attorney General, Jack Conway is fully aware of the situation and has continued to assist in the cover up of the criminal acts taking place in the Pike and Floyd County courts.

This is the same type of situation which took place in Clay County Kentucky. A Racketeering organization developed among public officials, most notably former senior judge Cletus Maricle, now convicted of RICO. The Kentucky Attorney Generals office took a blind eye to the unlawfulness taking place by Maricle. Only was law and order restored in Clay County after federal authorities interceded.

Therefore, the Petitioner requests that her motion to proceed in forma pauperis be granted and that this Court is noticed that the Kentucky Attorney Generals office will not enforce the Petitioners Kentucky Constitutional rights; but are defending the criminal acts by the Respondents in civil court.

Respectfully submitted,

Amy Mischler
P.O. Box 2532
Russell Springs, KY 42642

Certificate of Service

I certify that a true copy was mailed to the foregoing on March 29, 2010 by postal mail in the same envelope as the writ.

Lewis Nicholls
1205 East Main St.
Greenup KY 41144

Julie Paxton
PO Box 985
Prestonsburg KY 41653

Joseph Lambert
PO Box 9898
Mt Vernon, KY 40456

James Lambert
PO Box 736
Mt. Vernon KY 40456

Chief Judge Sara Combs
PO Box 709
Stanton, KY 40380-0709

Sam Givens
2025 Planters Ct.
Lexington, KY 40514

Brian Cumbo for Jonah Stevens
PO Box 1844
Inez, KY 41224-1844

Amy Mischler



FILED
MAR 0 8 2010
FRANKLIN CIRCUIT COURT
SALLY JUMP. CLERK

## AFFIDAVIT

I, the Affiant Amy Jerrine Mischler do hereby swear on oath as follows;

1) I am adult citizen of the Commonwealth of Kentucky and over the age of eighteen years.

2) That Jonah Lee Stevens, a licensed Kentucky Attorney is my former current husband.

3) That as an attorney he has been allowed to abuse the legal system by filing false emergency protection orders, filing false police reports, and false filings in a Pike County domestic case against me.

4) That such filings have caused me, Amy Jerrine Mischler to be impoverished. Further, I have been cleared of all domestic violence and criminal allegations.

5) I will agree to disclose in camera the exact nature of my finances to Judge Phillip Shepherd if necessary for this action to proceed.

6) That I live without cable television, home internet, garbage pickup, or home telephone, due my impoverished condition. I am currently renting to own a used washer and dryer because it is an extreme difficult to go to a Laundromat in the rural area I live.

7) That all the furniture in my home is on loan from associates and I own no furniture whatsoever of value over thirty dollars.

8) That I have not seen or had any communication with my two children since April 2009 because of the abuse of legal process by Jonah Lee Stevens.

9) That I have in forma pauperis orders in place in two other actions.

10) That my limited resources are constantly depleted by attempting to regain my civil rights to be a parent.

11) That it is a financial hardship for me to pay the court of appeals fee in this action.

The Affiant further sayeth naught;

_____
Amy Mischler

_Kayla Senn_____, A notary public does hereby witness this signature of Amy Mischler to be of her own free will, executed this 8th day of February, 2010.

_____
Notary Public

My Commission expires, Aug. 28, 2012

"Notary Public"
Kayla Senn
State at Large, Kentucky
My Commission Expires on Aug. 28, 2012

65|91

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**JUVENILE**

**KSP RECORDS**

| AGENCY ORI/NAME | KSP0900 KY STATE POLICE, POST 09 | | INCIDENT NUMBER | KY 09-06-1427 |
|---|---|---|---|---|

### ADMINISTRATIVE

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 06/09/2006 18:00 TO 06/11/2006 19:30 | ESTIMATE | 06/11/2006 | 20:00 | 20:05 | 20:10 | 21:00 |

REPORTED BY: STEVENS, JONAH

HOW REPORTED: PHONE

ADDRESS:

| CITY: PIKEVILLE | STATE: KY | ZIP CODE: 41501 | PHONE NUMBER: |
|---|---|---|---|

SECTOR NO: 06

**EXACT LOCATION OF OFFENSE**

ADDRESS: 1199 BROAD BOTTOM ROAD

| CITY: PIKEVILLE | STATE: KY | ZIP CODE: 41501 |
|---|---|---|

| COUNTY: PIKE | LATITUDE | 37 DEG | 24.560 MIN | LONGITUDE | 82 DEG | 34.430 MIN |
|---|---|---|---|---|---|---|

### OFFENSE DATA

| SEQUENCE # 1 OF 1 | LOCATION TYPE: RESIDENCE/HOME | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: MISSING PERSONS

| OFFENSE CODE: 03011 | ASCF CODE: 0 | KRS CODE: ***.*** | CLASS: | DEGREE: O | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: UNKNOWN (MOTIVATION NOT KNOWN) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: NOT APPLICABLE | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

### PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| TOTAL STOLEN VALUE: | $0.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 0 | TOTAL VEHICLES RECOVERED: | 0 |
|---|---|---|---|---|---|---|---|

### DRUGS

| DRUG SEQ | PROP SEQ | DRUG TYPE | QUANTITY | MEASUREMENT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### STATUS

| INCIDENT STATUS | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE |
|---|---|---|---|
| OPEN | | | |

| REPORTING OFFICER | UNIT/BADGE NUMBER | REVIEWED BY | TIME SPENT |
|---|---|---|---|
| K HAMILTON | 451 | R MCCARTY | 8 HOURS |

OFFICE OF

## HOWARD KEITH HALL

PIKE COUNTY ATTORNEY
P.O. BOX 1289
PIKEVILLE, KENTUCKY 41502-0289

April 10, 2007

TELEPHONE: (606) 433-1822
FAX: (606) 432-3016

Michelle Harrison
Attorney General's Office
700 Capitol Avenue
Frankfort, KY 40601

RE:  Open Records appeal filed by Amy Mischler
      Log number 200700212

Dear Ms. Harrison:

As stated in our original response to Amy Mischler, we simply did not retain any file in the criminal division for a felony case against her. Our office merely typed a warrant for a trooper at his request and handed the document to him. He apparently obtained the signature of a judicial officer and served the warrant.

My assistant apparently did discuss the possibility of a settlement with the Public Defender's Office in or at court which may have included a proposed affidavit from Ms. Mischler's attorney but I have never seen an unsigned affidavit and only know of it through informal discussion with my staff. I will see if we can locate any proposed document in this case but we do not have it. Again, I will ask all my staff again to see if they have informally retained any documents in this case.

Ms. Mischler is free to inspect our office at any time except for private and personal areas.

Sincerely,

HOWARD KEITH HALL
PIKE COUNTY ATTORNEY

HKH/ttb

Cc: Amy Mischler
      320 Inverness Avenue
      Louisville, KY 40214

67/91

EXHIBIT 20

| 315 | Doc. Code: CWS | | Case No. _____ |
| 5-03 | | | |
| age 1 of 2 | | **CRIMINAL COMPLAINT AND** | Court _____ District |
| Commonwealth of Kentucky | | | |
| Court of Justice  www.kycourts.net | | | |
| Rcr 2.08; RCr 4 | | [xx] ARREST WARRANT OR [ ] SUMMONS | County        PIKE |

**COMMONWEALTH OF KENTUCKY**                                                                    **PLAINTIFF**

VS.

                                                                                                                            **DEFENDANT**

*Name:*        AMY JERRINE MISCHLER

*Address:*     APT 9 NORTHGATE DR
                    PIKEVILLE, KY.   41501

*Telephone No.*

| SEX | RACE | BIRTHDATE | HAIR | EYES | HEIGHT | WEIGHT | OP LIC NO. and LIC. State |
|-----|------|-----------|------|------|--------|--------|---------------------------|
| F | W | ▬▬▬▬ | | | 5'4 | 200 | ▬▬▬▬▬▬ |

[ ] Armed or Dangerous  [xx] Felony  [ ] Misdemeanor    Scars/Marks/Tattoos _____

*Employer Name:* _____

*Address:* _____

## CRIMINAL COMPLAINT

Affiant says that on ___ JUNE 11 ___, 2006 , in ___ PIKE ___ County, Kentucky, Defendant unlawfully:

AND INTENTIONALLY FAILED TO RETURN TWO MINOR CHILDREN TO THE CUSTODIAL PARENT ON THE ABOVED DATE, THE CHILDREN WERE TO BE RETURNED ON JUNE 11, 06 @ 7:00 P.M. AT THE CHURCH.

Affiant's Name (type or print): ___ TPR. RYAN HAMILTON, KSP ___

Affiant's Address: _____

Affiant's Phone No.: ___ 433-7711 ___

Date: ___ JUNE 12, ___, 2_006_.                                    _Tpr Ryan Hamilton_
                                                                                    **Affiant's Signature**

Subscribed and sworn to before me on ___6-12-2006___  If a Notary, my commission expires:

_____, 2_____        _____
                                        Name and Title

68|91

EXHIBIT 21