# Supreme Court of Kentucky

AM' JERRINE MISCHLER                                              APPELLANT

V.                                   2009-CA-001609
                          01-CI-01197, 02-D-00202001
                          02-D-00202002 & 02-D-00202003

SENOR JUDGE LEWIS NICHOLLS, ETAL                                 APPELLEE

### FILING OF UNAUTHORIZED PLEADINGS

PURSUANT TO CR 79.06(6), THE PLEADING IDENTIFIED BELOW IS BEING RETURNED TO YOU BY THE CLERK BECAUSE IT IS NOT ALLOWED UNDER THE RULES.

ENTERED: APRIL 7, 2010

JOHN D. MINTON, JR.
CHIEF JUSTICE

PLEADING(S): WRIT OF MANDAMUS, WRIT OF PROHIBITION

69/91    13-CV-26
           Exhibit 3