**Subject:** Mischler v. Thompson et. al

**From:** Pang, Nicole (KYOAG) (Nicole.Pang@ag.ky.gov)

**To:** ajmischler@yahoo.com;

**Date:** Tuesday, March 19, 2013 2:14 PM

Ms. Mischler-

Per our conversation this afternoon, I filed my original copy of your Supreme Court Brief with the Supreme Court Clerk on your behalf. The clerk's office will make the required 10 copies as a courtesy for returning your brief by mistake. They confirmed that you did not exceed the page limitation. I have attached a copy of the front cover that indicates a filing date of March 19, 2013. You should also receive written confirmation directly from the Supreme Court Clerk's Office.

Nicole H. Pang

Assistant Attorney General

Office of the Attorney General

700 Capital Ave., Suite 118

Frankfort, KY 40601

502-696-5300

*The information contained in this email, including any accompanying attachments, are intended only for the recipient(s) listed above and may contain information which is privileged, confidential, or exempt from disclosure under the law. If you are not the intended recipients(s), you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance upon the contents of this email is strictly prohibited.*

70/91

13-SC-26
Exhibit 41