

RECEIVED
APR 22 2013
CLERK
SUPREME COURT

**THE SUPREME COURT
OF THE
COMMONWEALTH OF KENTUCKY
13-SC-30**

AMY JERRINE MISCHLER                                                    APPELLANT

ON APPEAL FROM THE
KENTUCKY COURT OF APPEALS
2011-CA-1586

LARRY THOMPSON                                                          APPELLEE

DAVID DESKINS                                                           APPELLEE

FRED HATFIELD                                                           APPELLEE

JONAH LEE STEVENS                                          REAL PARTY IN INTEREST

*******

**RESPONSE TO APPELLEES MOTION TO STRIKE APPELLANTS BRIEF
MOTION FOR CLERK TO SEND COPY OF APPELLANS BRIEF TO APPELLANT**
*******

Now comes the Appellant, who responds to the Appellees motion to strike the Appellants

and requests that a copy filed be sent to the Appellant in order to check for accuracies. For her

cause she states as follows.

**I. NO ACTUAL REASON GIVEN TO STRIKE APPELLANTS BRIEF**

Ms. Pang does not actually state a reason to strike the appellants brief. She does give an

a long explanation in the motion to strike of the events that occurred and in the accompanying

pleadings insinuates that Ms. Mischler has tampered with the case file but she does not actually

state a reason to justify striking the brief in her motion to strike.[1]

---

[1] The Plaintiff has been **begging** Administrative Office of the Courts, former Chief Justice Lambert, and Jason Nemes YEARS AGO to address the tampering and destruction of case files and videos in Amy Mischler's cases in Pike County Kentucky. See Exhibits in 7:13-CV-8 in EDKY Federal Court. Jason Nemes wrote in letters that there nothing he, Lambert or AOC could do about the tampering. So it is insulting that now Ms. Pang insinuates that Ms. Mischler is tampering with the case files in the accompanying pleadings. Here is how insane the tampering is; Dead



Exhibit 6:  DVD dated April 24, 2013

72/91

Exhibit 7:  DVD Exhibit 7, recording entitled

Capture 1 (9-11-2013 9-38 AM)

73|9\