```
OKEECHOBEE POST OFFICE
   OKEECHOBEE, Florida
        349729998
     1169180615 -0099
09/04/2013    (863)763-3616    02 25:47 PM

              Sales Receipt
Product          Sale  Unit         Final
Description       Qty  Price         Price

FRANKFORT KY 40601 Zone-5           $1.52
First-Class Mail Large Env
3.40 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.52

LEXINGTON KY 40511 Zone-5           $1.32
First-Class Mail Large Env
2.70 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.32

FRANKFORT KY 40601 Zone-5           $1.32
First-Class Mail Large Env
2.10 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.32

PIKEVILLE KY 41501 Zone-5           $2.72
First-Class Mail Large Env
9.50 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $2.72

FRANKFORT KY 40602 Zone-5           $1.72
First-Class Mail Large Env
4.70 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.72

FRANKFORT KY 40601 Zone-5           $1.72
First-Class Mail Large Env
4.90 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.72

LOUISVILLE KY 40202 Zone-5          $1.92
First-Class Mail Large Env
5.70 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.92

LEXINGTON KY 40502 Zone-5           $1.72
First-Class Mail Large Env
4.40 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.72

INEZ KY 41224 Zone-5                $1.52
First-Class Mail Large Env
3.40 oz.
  Scheduled Delivery Day: Sat 09/07/13
                                 ========
  Issue PVI:                        $1.52

                                 ========
Total:                             $15.48
```

← To Kentucky Supreme Clerk

74/91

Exhibit 8
13-CV-26