

Susan Stokley Clary
Clerk of the Supreme Court of Kentucky
State Capitol Building, Room 209
700 Capitol Avenue
Frankfort, Kentucky 40601

09/06/13



$ 00.30

2013-SC-000030
AMY JERRINE MISCHLER
1120 PALM COURT
OKEECHOBEE FL 34974

Recieved by
Amy Mischler on Sept 9, 2013
by U.S. mail

HSK-SSB 34974



**SUPREME COURT OF KENTUCKY**
DEPUTY CHIEF JUSTICE MARY C. NOBLE
FIFTH SUPREME COURT DISTRICT

STATE CAPITOL, ROOM 201
700 CAPITOL AVENUE
FRANKFORT, KENTUCKY 40601
502-564-6753

300 WEST VINE STREET, SUITE 2201
LEXINGTON, KENTUCKY 40507
PHONE 859-246-2220
FAX 859-246-2705

July 22, 2013

*no copy given to Amy Mischler by Supreme Court Clerk until Sept 9, 2013*

The Honorable Steve Beshear
Governor, Commonwealth of Kentucky
Office of the Governor
The Capitol
Frankfort, KY 40601

Re:  Amy Jerrine Mischler v. Hon. Larry Thompson, Pike County Family Law Judge,     *Not put*
      Et Al.
      No. 2013-SC-030-MR     *online by Clerk until Sept 6, 2013*

Dear Governor Beshear:

Pursuant to Section 110(3) of the Constitution of Kentucky, I hereby certify to you that Chief Justice John D. Minton, Jr., 2nd Supreme Court District and Justice Will T. Scott, 7th Supreme Court District and, now decline to participate in the consideration of the matters now pending before this Court in the proceeding captioned above. Therefore, it will be necessary for you to appoint two qualified Special Justices in order to constitute a full court for consideration of pending matters in the above-styled case before this Court.

With Best Wishes, I remain

Respectfully,

*Mary C. Noble*

Mary C. Noble
Deputy Chief Justice

MCN:gh

76/91

COMMONWEALTH OF KENTUCKY
## OFFICE OF THE GOVERNOR

STEVEN L. BESHEAR
GOVERNOR

700 CAPITOL AVENUE
SUITE 100
FRANKFORT, KY 40601
(502) 564-2611
FAX: (502) 564-2517

August 22, 2013

Hon. Mary C. Noble
Deputy Chief Justice
Kentucky Supreme Court
Capitol Room 201
700 Capitol Avenue
Frankfort, KY 40601

*No Copy given to to Amy mischler until Sept 9, 2013 Not put online until Sept 6, 2013*

Re:  *Amy Jerrine Mischler v. Hon. Larry Thompson, Pike County Family Law Judge, Et Al.*
     No. 2013-SC-030-MR

Dear Deputy Chief Justice Noble:

Pursuant to your request for two (2) qualified Special Justices in the above matters, enclosed you will find a copy of Governor Beshear's Executive Order appointing Hon. Norman E. Harned for the 2nd District vacancy and Hon. Paul W. Blair for the 7th District vacancy.

If there is anything further this office can do, please let me know.

Sincerely,

M. Holliday Hopkins

M. Holliday Hopkins
General Counsel

Cc:  Susan Clary, Supreme Court Clerk

Enclosure

**Kentucky** UNBRIDLED SPIRIT

An Equal Opportunity Employer M/F/D

77/91



## STEVEN L. BESHEAR
GOVERNOR

### EXECUTIVE ORDER

Secretary of State
Frankfort
Kentucky

2013-604
August 22, 2013

Pursuant to the authority vested in me by Section 110(3) of the Constitution of the Commonwealth of Kentucky, I, Steven L. Beshear, Governor of the Commonwealth of Kentucky, do hereby appoint the following Special Justices to the Supreme Court of Kentucky for the purpose of hearing and deciding <u>Amy Jerrine Mischler v. Hon. Larry Thompson, Pike County Family Law Judge, Et Al.</u> No. 2013-SC-030-MR:

Hon. Norman E. Harned
324 E 10th Avenue
P.O. Box 1270
Bowling Green, KY  42102-1270
2nd Supreme Court District

Hon. Paul W. Blair
233 E Main Street
Morehead, KY  40351-1647
7th Supreme Court District

Please issue a Commission to them.

STEVEN L. BESHEAR
Governor

ALISON LUNDERGAN GRIMES
Secretary of State