```
***************************
***   ACTIVITY REPORT   ***
***************************
```

| :ME | DESTINATION NUMBER | DESTINATION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| '21 10:56 | 15022234387 | ←mark Overstreet | 0479 | TRANSMIT | ECM | 1 | OK | 00'34 |
| '09 14:57 | 15022234387 | | 0480 | TRANSMIT | G3 | 6 | OK | 02'09 |
| '10 12:13 | 15025646785 | | 0481 | TRANSMIT | ECM | 2 | OK | 00'36 |

79/91

Exhibit 10
13-cv-26