# Supreme Court of Kentucky

## ORDER

**IN RE:   Guidelines for the Senior Status Program
For Special Judges**

The 2000 General Assembly created a **Senior Status Program for Special Judges** (Senior Status Program) as a pilot project to determine the effectiveness of using senior retired judges in Kentucky courts. KRS 21.580. These Guidelines and their predecessors are designed to provide an efficient and effective method for the temporary assignment of Senior Judges to serve in the Court of Appeals, Family Courts, Circuit Courts, and District Courts throughout the Commonwealth. The Guidelines should be construed to accomplish that purpose and are intended to be used in combination with the Regional Administration Program Charter as entered September 24, 2004, and revisions thereto as the Chief Justice of the Commonwealth of Kentucky may deem appropriate. These Guidelines do not limit the discretion of the Chief Justice, nor do they necessarily encompass all factors upon which the Chief Justice may base assignment-related decisions. KY. CONST. §110(5)(b). Furthermore, these Guidelines shall replace the Guidelines entered on June 29, 2000 and shall govern the operation and administration of the Senior Status Program.

I.    **_Definitions_**

These definitions govern the terms used in the Guidelines:

A.)    **Member** refers to a member of the Judicial Retirement Plan (JRP).

B.)    For purposes of the pilot program, the term **Senior Judge** applies only to individuals satisfying these criteria:

1.)    The member must have been in office on either July 14, 2000, or June 24, 2003;
2.)    The member's judicial service credit and age must equal or exceed the number 75;
3.)    The member must elect, within ninety (90) days following retirement, to participate in the Senior Status Program for Special Judges;
4.)    The member must retire on or before January 31, 2009;
5.)    The member must execute a written service agreement with the Chief Justice setting out the terms of service;



Page 9 of 1919

Exhibit 11
13-CV-26

543

during the previous month. This information will be used to certify compliance with the one hundred twenty (120) work day commitment to the JRP.

G.)  The Chief Justice, Chief Senior Status Judge, or SJP Administrator shall certify the number of work days served by each Senior Judge to the JRP every six (6) months. The Senior Judge shall receive a copy of the certification.

H.)  If at any time the Senior Judge is not in compliance with these guidelines and/or any written agreement, the Chief Justice may direct the JRP in writing to discontinue the enhanced retirement benefit.

I.)  Reimbursement of expenses for Senior Judges is governed by the travel regulations of the Court of Justice. The official duty station of a Senior Judge shall be his/her primary residence. Senior Judges shall submit a travel voucher, with supporting receipts, to the SJP Administrator by the 10th day of each month. Special Judges are responsible for making their own travel arrangements.

J.)  A Senior Judge should maintain familiarity with current statutes, rules and case law. Senior Judges shall comply with the requirements of SCR 8.000 et seq. A Senior Judge shall attend an orientation session arranged by Education Services at AOC.

The foregoing shall constitute Guidelines for administering the **Senior Status Program for Special Judges** and shall remain in effect until further Order of the Court.

Entered this the 24th day of September 2004.

CHIEF JUSTICE

9