# Supreme Court of Kentucky

**IN RE:**
**ORDER AMENDING**
**RULES OF CIVIL PROCEDURE (CR)**
**RULES OF CRIMINAL PROCEDURE (RCr)**
**RULES OF THE SUPREME COURT (SCR)**

**2004-5**

---

The following rules' amendments shall become effective January 1, 2005.

## I.    AMENDMENTS TO THE RULES OF CIVIL PROCEDURE

### A.    CR 3.02(1)  Circuit civil fees and costs

Section (1) of CR 3.02 shall read:

(1) The filing fees for a civil case in Circuit Court (including original actions of administrative agencies, special districts or boards) shall be paid to the circuit clerk at the time the case is filed and shall be $100.00, except as provided below:

(a) There shall be no filing fees for proceedings for a writ of habeas corpus, proceedings under RCr 11.42, and mental health proceedings under KRS Chapters 202A, 202B and 387.

(b) Fees required by KRS 453.060 and KRS 27A.630 shall be paid in addition to the fees required by this rule.

### B.    CR 3.03(1)  District civil fees and costs

Section (1) of CR 3.03 shall read:

(1) The filing fee for a civil case in District Court shall be paid to the clerk at the time the case is filed and shall be $45.00, except as provided below:

(a) Where the case or controversy does not exceed $1500.00, exclusive of interests and costs (Small Claims), the fees shall be $20.00;

(b) Where the amount in controversy is $500.00 or less and is not filed in small claims court, the fees shall be $35.00;



1        13-cv-26

Exhibit 12

authorized by Section 4(C)(3). The appropriateness of accepting extra-judicial assignments must be assessed in light of the demands on judicial resources created by crowded dockets and the need to protect the courts from involvement in extra-judicial matters that may prove to be controversial. Judges should not accept governmental appointments that are likely to interfere with the effectiveness and independence of the judiciary.

Section 4C(2) does not govern a judge's service in a nongovernmental position. See Section 4C(3) permitting service by a judge with organizations devoted to the improvement of the law, the legal system or the administration of justice and with educational, religious, charitable, fraternal or civic organizations not conducted for profit.

All sitting. All concur, except: Wintersheimer, J., dissents on the proposed amendments to CR 76.12(4)(g); Lambert, C.J. and Wintersheimer, J., dissent on the proposed amendments to CR 76.16(5)(b); Stumbo, J., dissents on the proposed amendments to RCr 7.24(3)(B)and(C); Keller, J., votes against the adoption of RCr 13.03 because he believes that it violates the separation of powers provisions of Kentucky's Constitution for reasons stated in his dissent in Hoskins v. Maricle, ___S.W.3d___(Ky. 2004); and Graves, Johnstone, and Stumbo, JJ., dissent on the proposed amendments to SCR 3.030(2) and would direct that the monies go to legal services for the poor.

ENTERED: October 29, 2004

_____
Chief Justice