# Supreme Court of Kentucky

## 2004-6

IN RE:     AMENDMENT TO THE RULES OF SCR 3.225  APPOINTMENT OF TRIAL COMMISSION

## ORDER

The following rules amendment shall become effective November 8, 2004.

### SCR 3.225   Appointment of Trial Commission

The Chief Justice shall appoint, subject to the approval of the Supreme Court, from among the membership of the Bar Association, including the House of Delegates of the Kentucky Bar Association, a Trial Commission. Members of the Trial Commission shall be lawyers licensed in the Commonwealth who possess the qualifications of a Circuit Judge. To the extent practicable, the Chief Justice shall, with the consent of the Court, appoint Trial Commissioners from each appellate district. Such Trial Commissioners shall be authorized to serve terms of two (2) years. Such Trial Commissioners shall maintain with the Director a written schedule indicating to the Director their availability to serve as Trial Commissioners at particular times throughout the year in order to assist the office of Bar Counsel and Respondents in scheduling trials and hearings.

All sitting.  All concur.

ENTERED: November _10_, 2004.

_____
CHIEF JUSTICE

84/91

13-CV-26
Exhibit 13