Case: 3:13-cv-00026-TWP     Doc #: 12-12     Filed: 11/15/13     Page: 1 of 3 - Page ID#: 186

KY Agencies    KY Services   Search

Courts        Administrative Office of the Courts        Commissions & Committees        Court Programs        Resources

Kentucky Court of Justice    Courts    Supreme Court    Susan Stokley Clary

# Susan Stokley Clary

## Education

- J.D., University of Kentucky, 1981, Book Award, Commercial Law I; Oral Argument Award, Brandeis Club.
- B.A., University of Kentucky, 1978, magna cum laude in Political Science and Sociology. Phi Beta Kappa, Omicron Delta Kappa.

## Professional Career

- March, 1995, to date: Clerk of Supreme Court of Kentucky
- October, 1983, to date: General Counsel, Supreme Court of Kentucky.
- November, 1988, to date: Court Administrator, Supreme Court of Kentucky.
- July, 1986, to October, 1988: General Manager, Juvenile Services, Administrative Office of the Courts. Developed and implemented statewide program of Court Designated Worker, in compliance with Kentucky's Unified Juvenile Code.
- October, 1982, to September, 1983: Administrative Assistant to Chief Justice Robert F. Stephens, Supreme Court of Kentucky.
- August, 1981, to September, 1982: Law Clerk for Justice James B. Stephenson, 7th Supreme Court District, Supreme Court of Kentucky.
- January, 1981, to May, 1981: Legal Intern for U. S. Magistrate James F. Cook, E. D. Ky.
- December, 1978, to June, 1981: Law Clerk, Trimble, Stapleton, Reaves and Slone.

## Publications

- Co-Author, Stokley-Clary and Isaacs, Kentucky Juvenile Law, 1991.
- Kentucky Bench and Bar magazine, "Recent Significant Opinions of the Supreme Court," 1985; Kentucky Bar Association District Bar Meetings, "Annual Review of the Opinions of the Kentucky Supreme Court," 1982, to date.
- Court Designated Worker Manual, Administrative office of the Courts, Commonwealth of Kentucky.

## Organizations & Activities

- Member, Kentucky Bar Association, Fayette County Bar Association and State Government Bar Association.
- Admitted to practice, United States Supreme Court, United States Court of Appeals,



**Contact Information**

Clerk of Supreme Court o
State Capitol, Room 235
700 Capitol Avenue
Frankfort, KY 40601-341

Phone: 502-564-5444



13-cv-26
Exhibit 14

6th Circuit and United States District Court, E. D. Ky.

- Deacon and member Administrative Board, Central Christian Church; Chair, Board of Deacons, and Member, Executive Committee, 1988 to 1990. Member, Social Issues Committee, and Member, Board of Directors, Adult Day Care Center, Central Christian Church.

- Member, Kentucky Crime Commission, vice-Chair, Subcommittee on Juvenile Justice, 1993 to date. Member, Long-Range Planning Commission on Juvenile Detention, Justice Cabinet, 1992. Established and Chaired, Administrative Office of the Courts Juvenile Services' Roundtable.

- Member, Kentucky Public Advocacy Commission, 1983, to date.

- Chair, Joint Task Force on Domestic violence, 1995 Report to the Governor, the Attorney General and the Chief Justice; member, Gender Fairness in the Courts Monitoring Committee

- Member, National Conference of Appellate Court Clerks, 1995 to date

- Member, National Association of Reporters of Judicial Decisions, 1989, to date. Member, National Association for Court Management, 1989, to date.

- Implemented and Administered Statewide Circuit Clerks' Test, Commonwealth of Kentucky.

- Member, Advisory Council, Paralegal Studies Program of Midway College, 1990, to date.

- Adjunct Professor, Paralegal Studies, Midway College, Family Law - Fall 1994; Juvenile Law - Spring 1995.

- Member, Capitol Projects Planning Advisory Committee, Kentucky Legislature, 1990, to date.

- Charter Member, Leadership Kentucky; Panelist, 1985, 1988; Chair, Law and Justice, 1988, 1990; Project 21, Kentucky Chamber of Commerce.

- Charter Participant, Georgetown College President's Ambassador Leadership Kentucky Mentorship Program

- Member, Kentucky Center for Public Policy, Member, Health Care Policy Council

- Member, American Inns of Court, Henry Clay Inn of Court, 1992, to date.

- Member, Board of Directors, Lexington Ballet Company, 1992, to date.

- Member, Institute for Court Management, Court Executive Development Program.

- Member, Children'S Rights Committee, Publications Committee and Legislative Committee, Kentucky Bar Association, 1989, to date.

- Member, University of Kentucky, College of Social Work Interdisciplinary Committee on Children and Families

- Implemented State Law Day Ceremony, 1990 to date.

- Member, Implementation Committee, Violence Against Women Act, S.T.O.P. (Services-Training-officers Prosecutors)

## Clerk of Supreme Court of Kentucky

Job Abstract

Supreme Court Administrator

- Oversee and monitor case filing, case management, case assignment and scheduling
- Reporter of decisions for Supreme Court of Kentucky

- Motion panel and all procedural motions
- Coordinate all motions for emergency relief
- Approve orders for supplies, furniture, etc.
- Prepare yearly case outline, speeches, opinions and orders
- Review all local rules tendered for Chief Justice, approval and compile rule changes for rules of Supreme Court of Kentucky
- Staff all committees established by the Chief Justice or by other appointment
- Legislative liaison for Chief Justice, Judges, and Clerks budget and judiciary committees
- Plan and coordinate Law Day, Court road trips, Court investitures, other ceremonies and social activities
- Hiring of staff and approval of staff time sheets
- Court liaison with AOC, KBA, Board of Bar Examiners, Character and Fitness Committee, Gender Fairness in the Courts Committee
- Court liaison with the press
- Provide counsel to judges, circuit clerks, attorneys as requested

100 Millcreek Park, Frankfort, KY 40601
502.573.2350

Privacy    Security    Disclaimer    A

Copyright © 2013 Comm

$87/91$