Attention:  Chasity at the Kentucky Supreme Court
From:  Amy Mischler
RE:  December 1, 1983 order
Date:  2/6/2013


Dear Chasity,

Attached are three separate orders and I have several more.  All refer to an Order of the Supreme Court of Kentucky, effective December 1, 1983 that allows regional judges to assign a special judge to case.

There must be an order that allows the regional judges to act in place of the Chief Justice which the KRS 26A.015 requires the Chief Justice.  It is this order I am requesting a copy of.  It is very important to me whether this order exists or not.  If I was in Kentucky I would have already went to the archives and researched for myself without even requesting a copy of the order.

Thank you so much for help in this matter.  It's turning out to be Kentucky's version of the Obama birth certificate.  Lol!

Also the signature sheets for my supreme court case are going in the mail today.

Sincerely yours,

Amy Mischler

98/91

13-cv-26
Exhibit 15

AOC-SJ-1      Doc. Code: OCA
Rev. 4-05
Page 1 of 1
www.courts.ky.gov



COMMONWEALTH OF KENTUCKY

**MOUNTAIN**
_____ REGION OF JUDICIAL CIRCUITS

ENTERED
ANNA G. PINSON, CLERK
DEC 2 0 2012
BY:_____ D.C

**JONAH STEVENS**
_____
                                    Plaintiff(s)

VS. _____**PIKE FAMILY**_____ Circuit

Case No. __**02-D-00202-003**_____

**AMY MISCHLER**
_____
                                    Defendant(s)

**ORDER CERTIFYING NEED FOR
SPECIAL JUDGE ASSIGNMENT**

The regular judge being disqualified to preside in the above-styled proceeding by reason of KRS 26A.015(2): (Circle One) (a), (b), (c), (d)1, (d)2, (d)3, (d)4, (e), such fact is hereby ordered certified to the Chief Regional Judge of the **MOUNTAIN** Region of Judicial Circuits pursuant to the Order of the Supreme Court of Kentucky, effective December 1, 1983, for the assignment of a Special Judge.

The following information is furnished concerning the above-styled proceeding(s):

Nature of case: **DOMESTIC VIOLENCE**

**Hon. John David Preston, former Family Court Judge for the 24th Circuit was appointed Special Judge herein in 2006. The undersigned has now been sent recent pleadings from the Pike Circuit Court Clerk filed on behalf of the Respondent herein. However, the undersigned previously recused from Pike Circuit Action # 01-CI-00197 and recuses from this action on the same basis, if so appointed.**

To be tried by (Jury) (Judge).                    Estimated Court Time: _____

Dated: ___**12-19-12**_____            _Janie M. Wells_
                                                          Circuit Judge

Attorney for Plaintiff:                            Attorney for Defendant:

_____        _____

_____        _____

89/21