CLASSIFIEDS:    JOBS    CARS    HOMES    APARTMENTS    DATING    CLASSIFIEDS    DEALS    PLACE AN AD

News | Sports | Metromix | Business | Features | Entertainment | Opinio

FEATURED:    Photos    Video    A Better Life    In the Prime    DealChicken

Find what you are looking for



ADVERTISEMENT

# Salary search results

| Name | Title | Dept/Body/School | Government | Salary |
|---|---|---|---|---|
| KIRBY, MATTHEW | SUPREME CT SR STAFF ATTY | SUPREME COURT - FRANKLIN | KENTUCKY COURT OF JUSTICE | $60,000 |
| STEVENS, KATHY | ASSISTANT TO THE CHIEF JUSTICE | SUPREME COURT - FRANKLIN | KENTUCKY COURT OF JUSTICE | $51,604 |
| RECHTER, REBEKKAH | SUPREME COURT LAW CLERK | SUPREME COURT - JEFFERSON | KENTUCKY COURT OF JUSTICE | $51,510 |
| ADKINS, LORA | EXECUTIVE ASSISTANT | SUPREME COURT - PIKE | KENTUCKY COURT OF JUSTICE | $51,486 |
| GERKEN, AMANDA | STAFF ATTORNEY | SUPREME COURT - FRANKLIN | KENTUCKY COURT OF JUSTICE | $48,000 |
| MCKENNA, BRITTANY | SUPREME COURT LAW CLERK | SUPREME COURT - JEFFERSON | KENTUCKY COURT OF JUSTICE | $40,000 |
| SKAGGS, DONNA | SC - DEPUTY CLERK SUPERVISOR | SUPREME COURT - FRANKLIN | KENTUCKY COURT OF JUSTICE | $33,904 |
| KITTRELL, CHASITY | SUP CT DEPUTY CLERK I | SUPREME COURT - FRANKLIN | KENTUCKY COURT OF JUSTICE | $28,875 |

Showing 1 to 8 of 8

Return to search page

  

NOW hiring! EARN UP TO $12.00/HR    Great WAREHOUSE POSITIONS AT AMAZON FULFILLMENT IN SHEPHERDSVILLE & JEFFERSONVILLE!    CLICK HERE TO APPLY!    Integrity Staffing Solutions

ADVERTISEME

Sit

**NEWS**
Kentucky Wire
Indiana News
Neighborhoods
Nation & World
Databases
Kentuckiana Green
Education
Faith
Traffic
Special Reports

**OPINION**
Editorials
Cartoons
Reader Letters
Columnists
Op-Ed

**SPORTS**
Blogs & Columns
Scores & Stats
Horse Racing
Recruiting
U of L Cardinals
UK Wildcats
Red N Blue Fans
IU Hoosiers
Kentucky Highs
Indiana Highs

**OBITS**
Funeral Homes

**METROMIX**
Restaurants
Bars & Clubs
Events
Music
Movies & TV
Deals

**FEATURES**
Food
Health & Fitness
Home & Garden
Blogs & Columns
Comics
Kentuckiana Pets
Celebrations
Derby City Bride
Books

**BUSINESS**
Money & Markets
Business People
Moneyline
Property Transfers
Gas Prices
New Businesses

**ENTERTAINMENT**
Metromix
The Buzz
Dining
Television
Movies
Arts
Music
Events
Goof Off

**HELP**
Subscribe
Advertising Information
Place an Ad
E-edition
About Us
Staff List
Archives
C-J Store

**FOLL**

13-CV-26
Exhibit 16

90/91

CLASSIFIEDS:  JOBS   CARS   HOMES   APARTMENTS   DATING   CLASSIFIEDS   DEALS   PLACE AN AD

| News | Sports | Metromix | Business | Features | Entertainment | Opinio |

FEATURED:   Photos   Video   A Better Life   In the Prime   DealChicken

Find what you are looking for

 

ADVERTISEMENT

# Salary search results

| Name | Title | Dept/Body/School | Government | Salary |
|---|---|---|---|---|
| BRONSON, WILLIAM | SUPREME COURT LAW CLERK | SUPREME COURT - JEFFERSON | KENTUCKY COURT OF JUSTICE | $59,012 |
| ABERLE, VICTORIA | SUPREME COURT LAW CLERK | SUPREME COURT - KENTON | KENTUCKY COURT OF JUSTICE | $58,000 |
| RECHTER, REBEKKAH | SUPREME COURT LAW CLERK | SUPREME COURT - JEFFERSON | KENTUCKY COURT OF JUSTICE | $51,510 |
| CHAPMAN, SHAWN | SUPREME COURT LAW CLERK | SUPREME COURT - FAYETTE | KENTUCKY COURT OF JUSTICE | $51,510 |
| GRAVITT, ELLA | SUPREME COURT DEPUTY CLERK | SUPREME COURT - FRANKLIN | KENTUCKY COURT OF JUSTICE | $43,777 |
| PAYNE-JARBOE, SARAH | SUPREME COURT LAW CLERK | SUPREME COURT - WARREN | KENTUCKY COURT OF JUSTICE | $42,000 |
| GILLIAM, STIMAN | SUPREME COURT LAW CLERK | SUPREME COURT - CALDWELL | KENTUCKY COURT OF JUSTICE | $42,000 |
| GILLEY, STEPHEN | SUPREME COURT LAW CLERK | SUPREME COURT - PULASKI | KENTUCKY COURT OF JUSTICE | $42,000 |
| MCKENNA, BRITTANY | SUPREME COURT LAW CLERK | SUPREME COURT - JEFFERSON | KENTUCKY COURT OF JUSTICE | $40,000 |
| INGALSBE, GREGORY | SUPREME COURT LAW CLERK I | SUPREME COURT - KENTON | KENTUCKY COURT OF JUSTICE | $40,000 |
| BING, STEFAN | SUPREME COURT LAW CLERK | SUPREME COURT - FAYETTE | KENTUCKY COURT OF JUSTICE | $40,000 |
| SWAFFORD, MATTHEW | SUPREME COURT LAW CLERK I | SUPREME COURT - PIKE | KENTUCKY COURT OF JUSTICE | $40,000 |
| THOMPSON, LARRIN | SUPREME COURT LAW CLERK I | SUPREME COURT - PIKE | KENTUCKY COURT OF JUSTICE | $40,000 |
| WEBSTER, LITANY | SUPREME COURT LAW CLERK | SUPREME COURT - PULASKI | KENTUCKY COURT OF JUSTICE | $40,000 |
| WRIGHT, JOSEPH | SUPREME COURT LAW CLERK | SUPREME COURT - WARREN | KENTUCKY COURT OF JUSTICE | $40,000 |

Showing 1 to 15 of 19



Return to search page

ADVERTISEME

Sit

**NEWS**
Kentucky Wire
Indiana News
Neighborhoods
Nation & World
Databases
Kentuckiana Green
Education
Faith
Traffic
Special Reports

**SPORTS**
Blogs & Columns
Scores & Stats
Horse Racing
Recruiting
U of L Cardinals
UK Wildcats
Red N Blue Fans
IU Hoosiers
Kentucky Highs
Indiana Highs

**METROMIX**
Restaurants
Bars & Clubs
Events
Music
Movies & TV
Deals

**FEATURES**
Food
Health & Fitness

**BUSINESS**
Money & Markets
Business People
Moneyline
Property Transfers
Gas Prices
New Businesses

**ENTERTAINMENT**
Metromix
The Buzz

**HELP**
Subscribe
Advertising Information
Place an Ad
E-edition
About Us
Staff List
Archives
C-J Store

**FOLL**