PLEASE PRESS FIRMLY

# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

Do Not Bend

Flat Rate Mailing Envelope

*Visit us at usps.com*

**TRY FLAT RATE PRIORITY MAIL PRE-PAID!**
- Built-in Tracking
- Postage rate locked forever
- No shipping label required
- Free Package Pickup

uspsstore.stamps.com/prepaid



**INTERNATIONAL RESTRICTIONS APPLY:**

Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.com
or ask a retail associate for details.

**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**



9114 9011 5981 5406 7324 37

Label 400 Jan. 2013
7690-16-000-7948

From:/Expéditeur:

Amy Mischler
1170 Palm Court
Okeechobee Fl 34974

To:/Destinataire:

Eastern District Federal Court
John C. Watts Federal Building
330 West Broadway
Frankfort Ky 40601

Country of Destination:/Pays de destination:


Please Recycle

This packaging is the property of the U.S. Post
Service® and is provided solely for use in
sending Priority Mail® shipments.
Misuse may be a violation of federal law. This
packaging is not for resale. EP14F-P-PP © U.S
Postal Service; June 2012; All rights reserved.

EP14F-P-PP June 2012 © U.S. Postal Service

Schedule package pickup right from your home
or office at usps.com/pickup
Print postage online

PS00001035014



# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

Flat Rate Mailing Envelope

*Visit us at usps.com*





PS00001035014

EP14F-P-PP
OD: 12.5 x 9.5