Dear Clerk of the District Court,

Inside is one amended complaint [Very Large].  There are page numbers on both the complaint and handwritten page numbers on the bottom left side of the numerous exhibits.  There are two DVD's attached to each complaint.  Where the DVD's are exhibits, I put a page denoting that.  There are two exhibits on one video, and the other DVD is literally the exact same exhibit 20 from the original writ attached as Exhibit 1.

Inside are ten DVD's total.  There are two DVD's that are in cases that are the District Courts copies and the other eight are for the four defendants.  I went ahead and made the copies of the DVD's to be attached to the summons and complaints.  Exhibit 6 and 7 are placed together on one DVD.

Inside are four summons for the four Defendants with five copies of the US Marshalls form paper clipped to each summons.

Inside is a motion for service by the U.S. Marshall.

Thank you for your time in this matter.  I am apologetic to the length of the complaint which I am aware will be time consuming for you to scan in page by page.  Very little credibility is given to pro se, in forma pauperis plaintiffs who alleged misconduct in the state courts.  Even though everything I am stating in the complaint is true to the best of my ability; it can still be difficult for a District Court to believe the corruption I have experienced even in the KY Supreme Court unless he or she actually see it documented for themselves.

I have tried to make this as convenient for you as possible.  If you have any questions or if I have left a form out please let me know at 863-763-621

Sincerely yours,



Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974