UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | | |
|---|---|---|
| AMY JERRINE MISCHLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-26 |
| | ) | |
| SUSAN STOKLEY CLARY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons set forth in the accompanying memorandum opinion, the plaintiff's motion to strike [Doc. 49] is **DENIED**, the defendants' motion to dismiss [Doc. 42] is **GRANTED**, and this case is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

                                            s/ Thomas W. Phillips
                                  SENIOR UNITED STATES DISTRICT JUDGE